NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**COREY LEA,**
*Plaintiff-Appellant,*

v.

**DEPARTMENT OF AGRICULTURE, THOMAS J. VILSACK, Secretary of Agriculture, JOE LEONARD, in his Official Capacity, DEPARTMENT OF JUSTICE,** AND **ERIC HOLDER, in his Official Capacity,**
*Defendants,*

AND

**FARMERS NATIONAL BANK, GLORIA LYLES, DAN HARBISON, LARRY FLOYD HINTON, WARREN COUNTY, KENTUCKY, BARREN RIVER HEALTH DEPARTMENT, AMY MILLIKEN, SUSAN DAVIS, DAVID BURTON, HOY HODGES, BRYAN DENISON, MITCH WHITTLE, CANDACE HILL, MARK FILIP, MICHAEL SPALDING, JOHN BOWLES, LARRY KIRBY,** AND **KYLE KIRBY,**
*Defendants-Appellees.*

---

2014-1283

---

Appeal from the United States District Court for the Western District of Kentucky in No. 1:13-cv-00110-JHM-HBB, Chief Judge Joseph H. McKinley, Jr.

———————————

PER CURIAM.

**O R D E R**

The parties all respond to this court's February 19, 2014 show cause order. Farmers National Bank, et. al also moves for a determination that the appeal is frivolous and for sanctions. The United States also moves to correct the caption in this appeal. Mr. Lea moves to proceed in forma pauperis, although he subsequently paid the filing fee, and to stay any action on transfer or dismissal until the appeal is decided on the merits.

Mr. Lea's action in the United States District Court for the Western District of Kentucky asserted various allegations of discrimination and violations of federal and state laws appearing to relate to the foreclosure of his farm property. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Upon review, we conclude that the district court's jurisdiction did not arise in whole or in part under the laws specified in § 1295 as defining this court's appellate jurisdiction. This court therefore lacks jurisdiction over this appeal.

As to appellees' motion for sanctions, we deem it the better course to allow appellees to raise its arguments in the United States Court of Appeals for the Sixth Circuit, which has familiarity with the history of litigation between the parties. As to the parties' other motions, the parties may raise their arguments with the United States Court of Appeals for the Sixth Circuit.

Accordingly,

IT IS ORDERED THAT:

This appeal is transferred to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30